OPINION — AG — "THE HONORABLE LEO WINTERS, LIEUTENANT GOVERNOR, HAS SUBMITTED TO THIS OFFICE A INVOICE FOR MEMBERSHIP IN THE NATIONAL CONFERENCE OF LIEUTENANT GOVERNORS. * * * MAY THE ANNUAL MEMBERSHIP DUES TO THE NATIONAL CONFERENCE OF LIEUTENANT GOVERNORS BE LEGALLY PAID FROM FUNDS APPROPRIATED TO THE STATE SENATE?" — NEGATIVE CITE: 74 O.S. 1961 429 [74-429], 74 O.S. 1963 Supp., 285 [74-285](7), 74 O.S.H. 285(7) (FRED HANSEN)